USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JHOANA JUCA, as Parent and Natural Guardian of K.A., et al.,

                    Plaintiffs,

-v.-

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendants.

---

23 Civ. 3508 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      The Court has referred this matter to Magistrate Judge Barbara C. Moses for General Pretrial Purposes (including settlement) and for purposes of issuing a Report and Recommendation and conducting any hearing on Plaintiffs' request for a temporary restraining order and preliminary injunction.  *See* ECF No. 7.  The parties are required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before Judge Moses.  If all parties consent, they are required to file a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form **within one week of the date of this Order**.  If any party does not consent, the parties are to file, by the same date, a joint letter advising the Court that the parties do not so consent.

      SO ORDERED.

Dated: May 10, 2023
       New York, New York

                                      *Jennifer H. Rearden*
                                      JENNIFER H. REARDEN
                                      United States District Judge