UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHOANA JUCA, et al.,

        Plaintiffs,

-against-

DAVID C. BANKS, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/11/2023

23-CV-3508 (JHR) (BCM)

**ORDER SCHEDULING CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, and for report and recommendation on dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    Judge Moses will hold a status and scheduling conference on **May 16, 2023, at 10:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. The parties should be prepared to discuss, among other things, withdrawal of the proposed order to show cause (Dkt. 7) (or consolidation of the TRO and preliminary injunction proceedings) and a reasonable briefing schedule for the preliminary injunction motion, if it is still necessary. Additionally, the parties shall submit an updated joint status letter no later than **noon on May 15, 2023**.

Dated: New York, New York
      May 11, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**