```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JHOANA JUCA, et al., | |
| Plaintiffs, | 23-CV-3508 (JHR) (BCM) |
| -against- | **ORDER** |
| DAVID C. BANKS, et al., | |
| Defendants. | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/12/2023
```

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's pre-motion conference, it is hereby ORDERED that:

1. <u>Summary Judgment</u>.

    a. Plaintiffs shall file their moving papers no later than **November 1, 2023**. On the same date, the parties shall submit a joint stipulation of facts which are not in dispute, in lieu of Local Civ. R. 56.1 Statements.

    b. Defendants shall file their opposition, including any cross-motion, no later than **December 1, 2023**.

    c. Plaintiffs shall file their opposition/reply no later than **December 15, 2023**.

    d. If defendants make a cross-motion, they may file a reply no later than **January 10, 2024**.

2. <u>Consent to Jurisdiction</u>. The parties are reminded that they may consent, under 28 U.S.C. § 636(c), to conduct all proceedings, or a single motion or proceeding, before Judge Moses. Consent must be voluntary and unanimous.

Dated: New York, New York
       September 12, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**