UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                              :

JHOANA JUCA et al,                :

                    :

            Plaintiff,      :

                    :          23-CV-3508 (JMF)

      -v-                  :

                    :             <u>ORDER</u>

DAVID C. BANKS et al,      :

                    :

           Defendants.   :

                    :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's January 29, 2026 Order, ECF No. 67, the parties were required to file a joint letter, the contents of which are described therein, no later than February 5, 2026.  To date, the parties have not filed that letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 12, 2026**.  Failure to file the letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

      SO ORDERED.

Dated: February 6, 2026                  _____
      New York, New York               JESSE M. FURMAN
                                     United States District Judge