UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

JHOANA JUCA et al.,

                    Plaintiffs,

        -v-

KAMAR H. SAMUELS et al.,

                 Defendants.

-----------------------------------------------------------------------x

**JOINT** ~~**PROPOSED**~~ **JUDGMENT**

23-CV-3508 (JMF)

**WHEREAS** Plaintiff commenced this action on April 26, 2023, under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. 1400 *et seq.*, seeking an order compelling Defendants to fund outstanding balances owed for the students' private placements under administrative orders for each student.

**WHEREAS** on December 1, 2023, the Plaintiff filed a Motion for Summary Judgment (ECF No. 46); on January 9, 2024, Defendants filed a Cross-Motion for Summary Judgment (ECF No. 54).

**WHEREAS** on September 4, 2024, U.S. Magistrate Judge Barbara Moses issued a Report & Recommendation ("R&R") (ECF No. 63) which recommended granting in part and denying in part both motions, dismissing some claims as moot, dismissing one as unripe, and directing payment as to others. The R&R further recommended ordering the parties to meet and confer to attempt to resolve remaining bookkeeping disputes. Plaintiffs timely objected to the R&R on September 18, 2024. (ECF No. 64).

**WHEREAS** on February 24, 2026, this Court entered a Memorandum Opinion and Order overruled Plaintiffs' objections and adopted the R&R. (ECF No. 71).

- 2 -

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that, for the reasons stated in the Court's Memorandum Opinion and Order dated February 24, 2026, Plaintiffs' motion for summary judgment is hereby granted in part and denied in part, and Defendants' cross-motion for summary judgment is hereby granted in part and denied in part. Each of the claims in this case are resolved as set forth below.

The Clerk of the Court is directed to enter Judgment as set forth above. The Clerk of Court should not close the case as this Judgment does not resolve all claims. See ECF No. 71, at 5.

| Parent/Child | SY | Unpaid Expenses per plaintiffs | | Judgment |
|---|---|---|---|---|
| Juca/K.A. | 2018-19 | Nursing | $16,200.00 | S/J for plaintiff: pay $16,200 |
| Donohue/ S.J.D. | 2018-19 | Nursing | $5,490.00 | S/J for plaintiff: pay $1,080 |
| Ramos/W.R. | | Transportation | $50,048.46 | Remand |
| Fiallos/L.V.F. | 2018-19 | Nursing | $2,250.00 | S/J for Plaintiff: pay $2,250 |
| | 2020-21 | Nursing | $2,970.00 | Dismiss: unripe |
| | 2022-23 | Transportation | $35,880.00 | Dismiss: moot |
| | | Nursing | $57,200.00 | Dismiss: moot |
| Davis/O.C. | 2020-21 | Nursing | $147,510.00 | S/J for plaintiff: pay $137,610 |
| | 2022-23 | Tuition | $811.11 | Dismiss: moot |
| | | Transportation | $68,968.00 | Remand |
| Beckford/M.B. | 2021-22 | Transportation | $7,040.00 | S/J for plaintiff: pay July & November 2021 invoices |
| Chaperon/ A.C.J.B. | | Transportation | $24,961.92 | S/J for defendant |
| | 2022-23 | Transportation | $151,110.00 | Remand |
| | | Nursing | $64,636.00 | Dismiss: moot |
| Torres/A.L. | 2022-23 | Transportation | $146,610.00 | S/J for defendant |
| Garzon/M.G. | 2021-22 | Transportation | $31,311.24 | S/J for defendant |
| Tobuck/K.T. | 2021-22 | Transportation | $41,250.00 | Remand |
| Hidalgo/L.S. | 2021-22 | | | S/J for plaintiff: pay April-June 2022 invoices |
| | | Transportation | $49,950.00 | |
| | | Nursing | $217,360.00 | Dismiss: moot |
| Bird/H.C. | 2022-23 | Transportation | $26,220.00 | Dismiss: moot |
| Rivas/S.C. | 2022-23 | Transportation | $113,850.00 | S/J for defendant |
| Zayas/R.Z. | 2022-23 | Transportation | $84,346.00 | S/J for defendant |
| de Paulino/R.P. | 2022-23 | Transportation | $146,610.00 | S/J for plaintiff: pay $146,610 |
| Archibald/N.A. | 2022-23 | Transportation | $37,560.00 | S/J for plaintiff: pay April-June 2023 invoices |
| Burgos Parra/C.P. | 2022-23 | Transportation | $119,574.00 | S/J for plaintiff: pay $119,574 |

Dated:   New York, New York
~~March 3, 2026~~
March 4, 2026

_____
JESSE M. FURMAN
United States District Judge