UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JHOANA JUCA, et al.,

Plaintiffs,

-against-

KAMAR H. SAMUELS, in his official Capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.
----------------------------------------------------------X

23-cv-3508 (JMF)

~~**[PROPOSED]**~~
**JUDGMENT**

**WHEREAS**, Plaintiffs CYNTHIA RAMOS, as Parent and Natural Guardian of W.R., and CYNTHIA RAMOS, Individually, LYNN CHAPERON, as Parent and Natural Guardian of A.J.C.B., and LYNN CHAPERON, Individually, and YVONNE DAVIS, as Parent and Natural Guardian of O.C., and YVONNE DAVIS, Individually, among others, filed a Complaint alleging violations of the Individuals with Disabilities Education Act (IDEA),[1] and, in relevant part, seeking an order compelling Defendants to fund the remaining outstanding balances for W.R.'s tuition for the 2019-2020 school year, A.J.C.B.'s tuition for the 2021-2022 school year, and O.C.'s nursing for the 2022-2023 school year;

**WHEREAS**, the parties cross-moved for summary judgment;

**WHEREAS**, on February 24, 2026, this Court entered a Memorandum Opinion and Order overruling Plaintiffs' objections; adopting the U.S. Magistrate Judge's Report and Recommendation in its entirety; denying both parties' motions for summary judgment as to W.R.'s

[1] 20 U.S.C. § 1400 *et seq.*

tuition for the 2019-2020 school year, A.J.C.B.'s tuition for the 2021-2022 school year, and O.C.'s nursing for the 2022-2023 school year [ECF No. 71 at 5-6]; and ordering the parties to meet and confer in a good faith effort to resolve the remaining bookkeeping disputes as to outstanding balances due for as to W.R., A.J.C.B., and O.C. and to file a joint proposed judgment that addresses all remaining claims [ECF No. 71 at 5];

**WHEREAS**, the outstanding amount owed for W.R.'s tuition for the 2019-2020 school year was $75,514.70 and DOE has paid that outstanding balance;

**WHEREAS**, the outstanding amount owed for A.J.C.B.'s tuition for the 2021-2022 school year was $ 910.25 and DOE has paid that outstanding balance;

**WHEREAS**, the outstanding amount owed for O.C.'s nursing services for the 2022-2023 school year was $ 1,130.00 and DOE has paid that outstanding balance;

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that W.R.'s claim for tuition for the 2019-2020 school year, A.J.C.B.'s claim for tuition for the 2021-2022 school year and O.C.'s claim for nursing services for the 2022-2023 school year are dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs shall file their applications for attorneys' fees by no later than December 18, 2026.

The Clerk of the Court is directed to enter Judgment as set forth above.

Dated: ~~September 25, 2026~~ October 1, 2026
New York, NY

SO ORDERED.

JESSE M. FURMAN
United States District Judge